UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD BIRCH

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 05-1412-A

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (21) of United States Magistrate Judge Docia L. Dalby dated June 21, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the prior reports and recommendation dated January 31, 2007 (doc. 15) and May 22, 2007 (doc. 18) are hereby VACATED, considering the newly submitted evidence by petitioner.

IT IS ORDERED that the State submit arguments concerning the merits of Reginald Birch's habeas petition within 45 days of this ruling.

Baton Rouge, Louisiana, July    , 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA