UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD BIRCH

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

05-1412-A

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 NOV -7  P 4: 09

SIGN_____
BY DEPUTY CLERK

## RULING
## ON WRIT OF HABEAS CORPUS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 27) of United States Magistrate Judge Christine Noland dated October 18, 2007. Plaintiff has filed an objection which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) filed by petitioner, Reginald Birch, is hereby dismissed with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 7, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA